■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KHALLIN D. BIGBY, Also Known as KO, Also Known as CALI, Appellant. [974 NYS2d 883]—Appeal from a resentence of the Cayuga County Court (Thomas G. Leone, J.), rendered August 3, 2012. Defendant was resentenced upon his conviction of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the resentence so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Carni, Sconiers and Whalen, JJ.